UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

KATIE E. GLENN,
on behalf of herself and all
others similarly situated,

      Plaintiff,

v.

PRESBYTERIAN HOMES AND SERVICES,

      Defendant.

Case No.   20-cv-1036

**STIPULATION TO TRANSFER VENUE TO EASTERN DISTRICT OF WISCONSIN**

**IT IS HEREBY STIPULATED AND AGREED** between the parties, by their respective counsel, that venue in this action is proper in the Eastern District of Wisconsin, pursuant to 28 U.S.C. § 1391(b), and that the plaintiff, Katie E. Glenn, does not oppose the Motion to Transfer Venue filed in this matter by the defendant, Presbyterian Homes and Services, and, therefore, for the mutual convenience of the parties and their counsel, the parties respectfully request that the Court issue an Order transferring this action to the Eastern District of Wisconsin.

2

                                                DAVIS & KUELTHAU, s.c.

Dated: March 8, 2021.                          s/ Anthony J. Steffek
                                                      Anthony J. Steffek
                                                      State Bar No. 1053615
                                                      Laurie E. Meyer
                                                      State Bar No. 1025405
                                                      Attorneys for Defendant, Presbyterian Homes and Services

                                                       WALCHESKE & LUZI, LLC

Dated: March 8, 2021.                          s/ James A. Walcheske
                                                      James A. Walcheske
                                                      State Bar No. 1065635
                                                      Attorneys for Plaintiff, Katie E. Glenn